IN THE SUPREME COURT OF THE STATE OF DELAWARE

LARRY JOSEPH ROBERTS, §
§ No. 447, 2016
Respondent Below, §
Appellant, §
§ Court Below–Family Court
v. § of the State of Delaware
§
KASSIE ROBERTS, § File No. CN07-02922
§ Petition No. 15-37719
Petitioner Below, §
Appellee. §

Submitted: March 15, 2017
Decided: March 29, 2017

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

## **ORDER**

This 29th day of March, 2017, having considered this matter on the briefs filed by the parties, the Court has concluded that the final judgment of the Family Court should be affirmed for the reasons stated in its August 1, 2016 decision.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice